UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------- X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

-------------------------------------------------------------

**This Document Relates to:**

*Wanda Barbella v. Bayer Corporation, et al.* No. 3:13-cv-10262-DRH-PMF[1]

*Andrea Fast, et al. v. Bayer Corporation, et al.* No. 3:13-cv-10287-DRH-PMF[2]

**Judge David R. Herndon**

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

**HERNDON, District Judge:**

This matter is before the Court on Defendant's (Bayer HealthCare Pharmaceuticals Inc.) motions for an order dismissing the above captioned plaintiffs' claims without prejudice for failure to file an appearance as required by this Court's Order and Local Rule 83.1(g)(2).

In each of the above captioned cases, the Court granted a motion to withdraw filed by counsel. The orders granting leave to withdraw expressly provided that if the subject plaintiff (or her new counsel) failed to file a timely supplementary entry of appearance, the action would be subject to dismissal without prejudice under Federal Rule of Civil Procedure 41(b) for failure to

---

[1] This Order applies to plaintiff Ronni Garrett only.
[2] This Order applies to plaintiff Deana Nunooruk only.

prosecute or to comply with the orders of this Court. To date, and in violation of this Court's orders and Local Rule 83.1(g), the above captioned plaintiffs have not filed a supplementary appearance. In addition, the above captioned plaintiffs have not responded to the pending motions to dismiss.

The plaintiffs must comply with the Local Rules and this Court's orders. Fed. R. Civ. P. 41(b).  Accordingly, for the reasons stated herein, the claims of the above captioned plaintiffs are hereby **DISMISSED** without prejudice.  **FURTHER,** in both of the above captioned cases, all other plaintiffs have previously been dismissed. Accordingly, both of the above captioned cases are dismissed in their entirety.

**IT IS SO ORDERED.**

Signed this 30th day of April, 2015.

Digitally signed by
David R. Herndon
Date: 2015.04.30
14:14:53 -05'00'

**United States District Court**